AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**JEROME M. KINARD**
**DOB:** xx/xx/xx
**PDID:** xxx-xxx
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___March 24, 2008___ in ___Washington___ county, in the District of ___Columbia___ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Webley Mark VI .44 caliber revolver and .44 caliber ammunition.

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___.  I further state that I am ___Officer Nefetia Stevens___, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

**Signature of Complainant**
**OFFICER NEFETIA STEVENS**
**SEVENTH DISTRICT, MPD**

**Sworn to before me and subscribed in my presence,**

_____   at   ___Washington, D.C.___
**Date**                                                              **City and State**

_____        _____

**Name & Title of Judicial Officer**                               **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On March 24, 2008, members of the 7th District Rapid Response Unit were working in the 3500 block of 18th Street, S.E., Washington, D.C., where they observed defendant Jerome Kinard and other male subjects. As the officers approached the defendant he started to run holding his waistband. The defendant stopped running in front of 3415 Stanton Road, SE, Washington, D.C. The officers observed the defendant lifting his sweater, removing a handgun and tossing it to the ground. Officers ordered the defendant to the ground and placed him under arrest.

To the best of the undersigned officer's knowledge, defendant Jerome M. Kinard was previously convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia, case number 06-061-04. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. She wrote her initials on the computer print-out that she reviewed, so that she would recognize it again in the future. To the best of the undersigned officer's knowledge, there are no Webley Mark VI .44 caliber revolver and no .44 caliber ammunition manufactured in the District of Columbia.

---

OFFICER NEFETIA STEVENS
MPD-SEVENTH DISTRICT

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF MARCH, 2008.

---

U.S. MAGISTRATE JUDGE