UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

     v.                                                                                  Cr. No. 08-204M  (JMF)

**JEROME M. KINARD,**

     **Defendant.**

**DETENTION MEMORANDUM**

After a hearing, I found probable cause to believe that this defendant was in possession of a Webley Mark VI .44 caliber revolver and .44 caliber ammunition. Specifically, on March 24, 2008, officers working on the 3500 block of 18th Street, S.E., Washington, D.C., approached the defendant, who fled while holding his waistband. After a chase stretching several blocks, the defendant stopped at 3415 Stanton Road, S.E., Washington, D.C., where officers observed him removing the revolver from his waistband and tossing it to the ground.

In 2006, Judge Lamberth sentenced this defendant to supervised release for a term of five years, during which time he was not to possess a firearm or ammunition. United States v. Wilson, Crim. No. 06-61-4 (D.D.C. Nov. 27, 2006). My finding that there is probable cause to believe that the defendant committed the crime of possession of a firearm is simultaneously a determination that there is probable cause that he violated his supervised release. Moreover, when, as is true here, the violation is a Grade A violation, revocation is mandatory. U.S.S.G. §§ 7B1.1, 7B1.3(a)(1).

Under these circumstances, and for the reasons stated in United States v. Magruder, Crim. No. 01-133M, 2001 WL 263374 (D.D.C. March 8, 2001), I will detain the defendant pending trial.

Dated: April 1, 2008                              /S/
                                       JOHN M. FACCIOLA
                                       UNITED STATES MAGISTRATE JUDGE